IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK E. SCHMIDTER, individually,
and JULIAN P. HEICKLEN, individually,

      Plaintiffs,

vs.

BELVIN PERRY, JR., as Chief
Judge of the Ninth Judicial
Circuit Court of Florida,

      Defendant.

CASE NO.: 6:12-CV-1102-ORL-31-KRS
DIVISION: CIVIL

_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, BELVIN PERRY, JR., by and through his undersigned counsel, hereby answers the Complaint of Plaintiffs MARK E. SCHMIDTER and JULIAN P. HEICKLEN as follows:

1.     Defendant admits the allegations contained in Paragraph 1 for jurisdictional purposes only.

2.     Defendant admits the allegations contained in Paragraph 2.

3.     Defendant denies the allegations contained in Paragraph 3.  Heicklen filed a statement with the Fifth District Court of Appeal wherein he claims to have "moved permanently to Jerusalem."

4.     Defendant admits the allegations contained in Paragraph 4.

5.     Defendant admits the allegations contained in Paragraph 5 for jurisdictional purposes only.

6.     Defendant admits the allegations contained in Paragraph 6.

7.     Defendant admits the allegations contained in Paragraph 7.

8.     Defendant admits the allegations contained in Paragraph 8.

9.     Defendant admits the allegations contained in Paragraph 9, but states some violations of Administrative Orders or Local Rules of Court are punishable by means other than contempt.

10.    Defendant admits the allegations contained in Paragraph 10.

11.    Defendant admits the allegations contained in Paragraph 11.

12.    Defendant admits the allegations contained in Paragraph 12.

13.    Defendant admits the allegations contained in Paragraph 13.

14.    Defendant is without knowledge as to the allegations contained in Paragraph 14.

## COUNT I

15.    Defendant incorporates his answers to Paragraphs 1 through 14 above as if set forth fully herein.

16.    Defendant denies the allegations contained in Paragraph 16.

17.    Defendant denies the allegations contained in Paragraph 17.

Defendant denies Plaintiffs are entitled to anything contained within the Wherefore Clause of Count I.

## COUNT II

18.    Defendant incorporates his answers to Paragraphs 1 through 14 above as if set forth fully herein.

19.    Defendant denies the allegations contained in Paragraph 19

20.     Defendant denies the allegations contained in Paragraph 20.

Defendant denies Plaintiffs are entitled to anything contained within the Wherefore Clause of Count II.

## AFFIRMATIVE DEFENSES

1.     The Expressive Conduct Order is content neutral.

2.     The Expressive Conduct Order is a valid time, place and manner restriction on free speech.

3.     The Public Speech Order is a valid time, place and manner restriction on free speech.

4.     Neither the Expressive Conduct Order nor the Public Speech Order is overbroad.

5.     Neither the Expressive Conduct Order nor the Public Speech Order is vague.

6.     Both Orders are constitutionally permissible.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2012, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which will send a notice of electronic filing to: ADAM H. SUDBURY, ESQUIRE, Sudbury Law PL, 424 E. Central Blvd., #307, Orlando, Florida 32801.

s/John Edwin Fisher
JOHN EDWIN FISHER, ESQUIRE
Florida Bar No. 091677
E-mail: jfisher@fisherlawfirm.com
JAMIE BILLOTTE MOSES, ESQUIRE
Florida Bar No. 009237
E-mail: jmoses@fisherlawfirm.com
Fisher, Rushmer, Werrenrath,
Dickson, Talley & Dunlap, P.A.
390 North Orange Avenue, Suite 2200
P.O. Box 712
Orlando, Florida 32802-0712
Telephone:   (407) 843-2111
Facsimile:   (407) 422-1080
Attorneys for Defendant